...
Case 1:19-mj-00407-TCB   Document 4   Filed 09/18/19   Page 1 of 1 PageID# 18

JS 45 (01/2008)

**REDACTED**

# Criminal Case Cover Sheet     U.S. District Court

**Place of Offense:**

- City: _____
- County/Parish: Fairfax & Loudoun
- Under Seal: Yes X  No ___
- Superseding Indictment ___ Same Defendant ___ New Defendant X
- Magistrate Judge Case Number: 1:19-mj-407
- Search Warrant Case Number: ___
- R 20/R 40 from District of: ___
- Related Case Name and No: ___
- Judge Assigned: Buchanan
- Criminal Number: ___
- Arraignment Date: ___

**Defendant Information:**

- Juvenile -- Yes ___ No X    FBI # ___
- Defendant Name: ANDREW JON THOMASBERG    Alias Name(s): ___
- Address: McLean, VA
- Employment: ___
- Birth date: xx/xx/1998    SS# xxx-xx-6752    Def Sex: M    Race: ___    Nationality: ___    Place of Birth: ___
- Height: ___  Weight: ___  Hair: ___  Eyes: ___  Scars/Tattoos: ___
- Interpreter: X No ___ Yes    List language and/or dialect: ___
- Automobile Description: ___

**Location Status:**

- Arrest Date: ___
- ___ Already in Federal Custody as of ___ in ___
- ___ Already in State Custody    ___ On Pretrial Release    X Not in Custody
- X Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested
- ___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond ___

**Defense Counsel Information:**

- Name: ___
- Address: ___
- Telephone: ___
- ___ Court Appointed
- ___ Retained
- ___ Public Defender
- Counsel conflicted out: ___
- Federal Public Defender's Office conflicted out: Yes

**U.S. Attorney Information:**

- SAUSA: Andrew Mariano    Telephone No: 703-299-3808    Bar #: ___

**Complainant Agency, Address & Phone Number or Person & Title:**

Shawn Matthews, Special Agent, Federal Bureau of Investigations

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC § 922(a)(6) | False Statement during Acquisition of a Firearm | 1 | Felony |
| Set 2 | 18 U.S.C. § 922(g)(3) | Possession of Firearm by Controlled Substance Abuser | 2 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

Date: 9/18/19    Signature of SAUSA: [signature]