AO 442 (Rev. 11/11) Arrest Warrant

*10879897*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

ORIGINAL USMS

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ANDREW JON THOMASBERG | )   Case No.   1:19-mj-407 |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

FILED
SEP 19 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

ORIGINAL USMS

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ANDREW JON THOMASBERG                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment      ❒ Superseding Indictment      ❒ Information      ❒ Superseding Information      ☑ Complaint
❒ Probation Violation Petition      ❒ Supervised Release Violation Petition      ❒ Violation Notice      ❒ Order of the Court

This offense is briefly described as follows:

Count 1: False Statement during Acquisition of a Firearm; in violation of Title 18, United States Code, Section 922(a)(6);
Count 2: Possession of Firearm by Controlled Substance Abuser, in violation of Title 18, United States Code,
      Section 922(g)(3).

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Date:      9/5/19                                          _____
                                                            *Issuing officer's signature*

City and state:      Alexandria, VA                        Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge
                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 09/18/2019 , and the person was arrested on *(date)* 09/19/2019 at *(city and state)* Mclean Virginia . |

Date:  09/19/2019          _____
                            *Arresting officer's signature*

                            Melanie Lorenzo  SA FBI
                            *Printed name and title*