UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

-VS-

Andrew Thomasberg

HEARING: R5  CASE #: 19mJ407
DATE: 9/19/19  TIME: 2:00pm
TYPE: FTR RECORDER  DEPUTY CLERK: T. FITZGERALD

COUNSEL FOR THE UNITED STATES: A. Mariano

COUNSEL FOR THE DEFENDANT: w/o

INTERPRETER: _____ LANGUAGE: _____

( X ) DEFENDANT APPEARED: ( ) WITH COUNSEL ( X ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( X ) COURT TO APPOINT COUNSEL  FPD  ( ) DFT. TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE

( ) EXHBIT # _____ ADMITTED

( ) PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( ) DFT. DENIES VIOLATION ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: USA seeks detention - Granted.

CONDITIONS OF RELEASE:
($  ) UNSECURED ($  ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED •
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH
TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
( ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: 9/20/19 at 2:00pm Before Buchanan
( X ) DH ( X ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) R5