UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

HEARING: **PH/DH**   CASE #: **19mJ407**

-VS-

DATE: **9/20/19**   TIME: **2:00pm**

TYPE: FTR RECORDER   DEPUTY CLERK: T. FITZGERALD

**Andrew Thomasberg**

COUNSEL FOR THE UNITED STATES: **A. Mariano**

COUNSEL FOR THE DEFENDANT: **E. Amato**

INTERPRETER: _____   LANGUAGE: _____

( X ) DEFENDANT APPEARED:   ( X ) WITH COUNSEL   (   ) WITHOUT COUNSEL

(   ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(   ) COURT TO APPOINT COUNSEL _____   (   ) DFT. TO RETAIN COUNSEL

( X ) GVT. CALL WITNESS & ADDUCES EVIDENCE

( X ) EXHBIT # **1 and 2A-2F** ADMITTED

( X ) PROBABLE CAUSE: FOUND ( X ) / NOT FOUND (   )

(   ) PRELIMINARY HEARING WAIVED

( X ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION   (   ) COURT FINDS DFT. IN VIOLATION

MINUTES: **Agent adopts the Affidavit as part of his testimony; Cross examination of witness; Deft argues PC as to Count 2; And argues for Bond w/ conditions - DENIED.**

CONDITIONS OF RELEASE:
($   ) UNSECURED ($   ) SECURED (   ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS **w/o Bond pending Trial.**
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: _____ at _____ Before _____
(   ) DH (   ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV (   ) SRV (   ) RS