AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:19-mj-407 |
| Andrew Jon Thomasberg | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andrew Jon Thomasberg

Date:    09/25/2019

*Attorney's signature*

Gretchen L. Taylor, VSB #39087
*Printed name and bar number*

Taylor Law Company
10605 Judicial Drive, Suite A-5
Fairfax, VA 22030
*Address*

gretchen@taylorlawco.com
*E-mail address*

(703) 385-5529
*Telephone number*

(703) 934-1004
*FAX number*