IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | Case No. 1:19-mj-407 |
| ANDREW JON THOMASBERG, ) | |
| ) | |
| Defendant.  ) | |

**JOINT MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER**

The United States of America, by and through G. Zachary Terwilliger, United States Attorney, Anthony W. Mariano, Special Assistant United States Attorney, Ronald L. Walutes, Jr., Assistant United States Attorney, and the defendant, by his undersigned counsel, respectfully move this Honorable Court for entry of the attached stipulated Protective Order, pursuant to Federal Rule of Criminal Procedure 16(d)(1) and Federal Rule of Evidence 502(d). In support thereof, the parties state as follows:

1. During the course of the investigation, the United States has gathered or generated documents, including electronic records, which contain confidential and/or sensitive information, including law enforcement sensitive information, and personal identifiers for the defendant, witnesses, and/or non-parties in this case. These documents and electronic evidence include, but are not limited to, law enforcement investigative reports, materials obtained from cooperating witnesses, and other documents generated by grand jury subpoena. The United States intends to produce these documents and electronic records, in accordance with the Federal Rules of Criminal Procedure, this Court's standard Discovery Order that the parties expect will be agreed upon and entered at the time of arraignment, and relevant case law.

2. Federal Rule of Criminal Procedure 16(d)(1) provides that the Court may, for

good cause, deny, restrict or defer discovery or inspection, or grant other appropriate relief. Accordingly, the proposed Protective Order regulates discovery in this case by restricting the use and dissemination of certain documents and electronic records (marked or otherwise designated as "PROTECTED MATERIAL"), and the information contained therein, to third parties, other than as necessary for the defendant's investigation of the allegations and preparation of his defenses. In addition, the proposed Protective Order prohibits the defendant from reviewing any Protected Material outside of counsel's presence.

      3.      The defendant and his counsel have reviewed and/or discussed this Motion and the proposed Protective Order, and have agreed to its terms.

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:         /s/
Anthony W. Mariano
Special Assistant United States Attorney
Ronald L. Walutes, Jr.
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Email: Anthony.Mariano2@usdoj.gov

SEEN AND AGREED:

      /s/
Gretchen L. Taylor, Esq.
Counsel for defendant ANDREW JON THOMASBERG

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                                          /s/
                                  Anthony W. Mariano
                                  Special Assistant United States Attorney
                                  United States Attorney's Office
                                  Eastern District of Virginia
                                  2100 Jamieson Avenue
                                  Alexandria, Virginia 22314
                                  Phone: (703) 299-3700
                                  Fax:    (703) 299-3868
                                  Anthony.Mariano2@usdoj.gov